UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| D.B. by next friend <br> CHARLENE BRATTON, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> ST. LOUIS COUNTY, MISSOURI, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:14 CV 1062 CDP <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties' joint motion for approval of the minor's settlement [doc. #26] is set for a hearing on **Friday, August 21, 2014 at 11:00 a.m.** courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2015.